IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WATERWAYS TOWING & OFFSHORE SERVICES, INC.** | * | |
| Plaintiff, | * | Civil Action No. 15-180 |
| v. | * | |
| **MELANCO STAR, INC.**, *in personam,* and Barge BIG K3 (a/k/a OFFSHORE DREAM), Official No. 569102, *in rem,* | * | *In Admiralty* <br> *In Personam* <br> *In Rem* |
| Defendants. | * | |

## VERIFIED COMPLAINT

Plaintiff Waterways Towing & Offshore Services, Inc. files this Verified Complaint against Melanco Star, Inc. and the Barge BIG K3 (a/k/a OFFSHORE DREAM), Official No. 569102, and states as follows:

1. This is a case of admiralty and maritime jurisdiction for enforcement of a maritime lien for dockage, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the *Federal Rules of Civil Procedure* brought pursuant to 28 U.S.C. § 1333 and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2. Plaintiff Waterways Towing & Offshore Services, Inc. ("Waterways") is a Louisiana corporation with its principal place of business in Mobile, Alabama.

3. Defendant Melanco Star, Inc. is a Florida corporation with its principal place of business in Deland, Florida, and is the owner of the Barge BIG K3 (a/k/a OFFSHORE DREAM) (sometimes referred to herein as "Barge").

4. Defendant Barge is a steel deck barge whose official documentation number is 569102.

5. Defendant Melanco and Defendant Barge are now or will be within the jurisdiction of this Honorable Court.

6. At the request of Defendant Melanco Star, Plaintiff Waterways has provided dockage services to Defendant Barge.

7. Plaintiff Waterways has also provided necessary services to the Barge, including the cleaning of a minor oil spill aboard the Barge.

8. Defendant Melanco Star is responsible to pay the dockage fee of $175.00 per day, the costs of services rendered, a service charge of 1.5% per month (18% per year) on all overdue invoices, and Plaintiff's attorney's fees and costs of collection.

9. Despite due demand for payment, Waterways has not been paid for the dockage and other services provided to Defendant Barge. Waterways is currently owed $28,311.73 for dockage and the other services provided to the Barge, plus interest and attorney's fees, and other costs and expenses of collection.

10. The amounts due Waterways constitute a maritime lien on the Barge pursuant to 46 U.S.C. § 31342 and Rule C of the Supplementary Rules for Certain Admiralty and Maritime Claims.

WHEREFORE, Plaintiff prays that:

    a. Process in due form of law according to the rules and practices of this Court in cases of admiralty and maritime jurisdiction issue against the Barge BIG K3 (a/k/a OFFSHORE DREAM), its hull, tackle, gear, appurtenances and all accessories thereto, and that all persons having or

claiming any interest therein may be cited to appear and answer the matters aforesaid;

b. Summons and Complaint be served upon Melanco Star citing it to appear and answer this Complaint;

c. This Court enter judgment, *in personam*, in favor of Plaintiff against Defendant Melanco Star in the amounts due Plaintiff, plus interest, attorney's fees, and other costs and expenses of collection;

d. This Court enter judgment, *in rem*, in favor of Plaintiff against Defendant Barge in the amounts due Plaintiff, plus interest, attorney's fees, and other costs and expenses of collection;

e. The Defendant Barge be condemned and sold to pay the amount due to Plaintiff; and

f. Plaintiff may have such other, further and different relief as justice may require.

/s/ Paul T. Beckmann

PAUL T. BECKMANN (BECKP0493)
Attorney for Plaintiff Waterways Towing &
Offshore Services, Inc.

OF COUNSEL:

HAND ARENDALL LLC
Post Office Box 123
Mobile, Alabama 36601
Tel: (251) 432-5511
Fax: (251) 694-6375
Email: pbeckmann@handarendall.com

**PLEASE ARREST THE BARGE BIG K3 (A/K/A OFFSHORE DREAM) AT THE PREMISES OF HOOKS MARINE TERMINAL, 91 HARDWOOD LANE, MOBILE, ALABAMA 36611.**

# VERIFICATION

STATE OF ALABAMA )
COUNTY OF MOBILE )

Personally appeared before me, the undersigned authority in and for said state and county, Samuel Slade Hooks, Jr., who after being duly sworn, did depose and say as follows:

That he is the President of Plaintiff herein, Waterways Towing & Offshore Services, Inc.; that he has read the foregoing complaint and he knows the contents thereof; and that the same are true and correct except those allegations made on information and belief and those he verily believes to be true; that the source of his information and the grounds of his belief are his personal knowledge and documents and information contained in the records of the Plaintiff.

_____
SAMUEL SLADE HOOKS, JR.

Subscribed and sworn to before
me this 2nd day of April, 2015.

_____
Notary Public
My Commission Expires: 7/8/2017